UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN PRITCHETT,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br>JAMES A. ORONOZ, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:15-cv-01805-APG-PAL<br><br>**ORDER**<br><br>(Mot. – Dkt. #) |

　　　　This matter is before the Court on Plaintiff Shawn Pritchett's Receipt of Payment (Dkt. #7), filed December 9, 2015. This proceeding is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-9 of the Local Rules of Practice.

　　　　Mr. Pritchett is a prisoner proceeding in this action *pro se*. He is an inmate in the custody of the Nevada Department of Corrections ("NDOC"). On October 8, 2015, the Court entered an Order (Dkt. #2) granting Mr. Pritchett's Application to Proceed *In Forma Pauperis* (Dkt. #1) and requiring him to pay an initial filing fee of $7.69 no later than November 8th. On November 5th, however, Mr. Pritchett filed a Notice of Change of Address (Dkt. #3) from High Desert State Prison to Ely State Prison. It was unknown whether High Desert State Prison or Ely State Prison received the first Order (Dkt. #2) and delivered the same to Mr. Pritchett. The Court therefore gave Mr. Pritchett an extension of time in which to pay the initial filing fee. *See* Order (Dkt. #4).

　　　　On November 30th, the Court received a letter from Mr. Pritchett indicating that he had authorized NDOC to remit his initial filing fee. *See* Letter (Dkt. #6-1). The Court contacted its financial department and verified that Mr. Pritchett's payment of $7.69 was received on November 6th. *See* Receipt of Payment (Dkt. #7). However, due to a clerical error the receipts were not immediately entered on the docket. This mistake has now been corrected and the Clerk of the Court has issued a receipt to Mr. Pritchett. *Id*.

1

In a separate order, the Court will screen Mr. Dunn's Complaint as required by 28 U.S.C. §§ 1915(e)(2) and 1915A(a); *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (en banc) (noting that § 1915(e)'s screening requirement "applies to all *in forma pauperis* complaints").[1] If his Complaint states a valid claim for relief, the Court will direct the Clerk of the Court to issue summons to the Defendants and instruct the United States Marshal Service to serve the summons and complaint. *Cf.* Fed. R. Civ. P. 4(c)(3); LSR 1-3(c).

Accordingly,

**IT IS ORDERED:**

1. Plaintiff Shawn Pritchett has satisfied his obligation to initial filing fee of $7.69 no later than November 8, 2015.
2. The Court will screen Mr. Pritchett's Complaint in a separate order.

Dated this 15th day of December, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

---

[1] 28 U.S.C. § 1915A(a) requires district courts to "review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a government entity or officer or employee of a governmental entity."

2