UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN PRITCHETT,<br><br>                     Plaintiff,<br>v.<br>JAMES A. ORONOZ, et al.,<br><br>                     Defendants. | Case No. 2:15-cv-01805-APG-PAL<br><br>**ORDER**<br><br>(Mot. to Verify Payments – Dkt. #9) |

This matter is before the Court on Plaintiff Shawn Pritchett's Motion to Verify Payments to the U.S. District Court of Nevada (Dkt. #9), filed December 18, 2015. Mr. Pritchett's Motion seeks verification that the Court received his payment of $7.69, which the Nevada Department of Corrections processed in early November. On December 16, 2015, the Court entered an Order (Dkt. #8) providing Mr. Pritchett with verification of the $7.69 payment. This Order appears to have crossed Mr. Pritchett's Motion in the mail. The Court will therefore instruct the Clerk of the Court to mail him a copy of the Receipt of Payment (Dkt. #7) and the Court's December 16, 2015 Order (Dkt. #8).

Mr. Pritchett is reminded that the Court will screen his Complaint in a separate order. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(a) (requiring district courts to "review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a government entity or officer or employee of a governmental entity"); *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (en banc). If Mr. Pritchett's Complaint states a valid claim for relief, the Court will then direct the Clerk of the Court to issue summons to the Defendants and instruct the United States Marshal Service to serve the summons and complaint. *Cf.* Fed. R. Civ. P. 4(c)(3); LSR 1-3(c).

Accordingly,

1

**IT IS ORDERED:**

1. Shawn Pritchett's Motion to Verify Payments to the U.S. District Court of Nevada (Dkt. #9) is GRANTED.
2. The Clerk of the Court shall mail Mr. Pritchett a copy of the Receipt of Payment (Dkt. #7) and the Court's December 16, 2015 Order (Dkt. #8).

Dated this 24th day of December, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE