UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAWN PRITCHETT,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>JAMES A. ORONOZ, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:15-cv-01805-APG-PAL<br><br>**ORDER**<br><br>(Mot. Status Check – ECF No. 11;<br>Mot. Court Case Stmt – ECF No. 13) |

　　　This matter is before the court on Plaintiff Shawn Pritchett's Motion for Status Check (ECF No. 11) and Motion for Court Case Statement/Confirm Change of Address (ECF No. 13). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

　　　Mr. Pritchett is a pro se prisoner in the custody of the Nevada Department of Corrections, and he has received permission to proceed *in forma pauperis* in this civil rights action. *See* Order (ECF No. 2). The Motions request a status check to determine whether the court has completed its initial review of his Complaint. In a separate Report of Findings and Recommendation, the court conducted a review and found that Mr. Pritchett's Complaint failed to state a claim upon which relief may be granted. As such, the court recommended that the Complaint be dismissed and this case be closed. To confirm his change of address, the court will instruct the Clerk of the Court to mail Pritchett a copy of the docket sheet.

　　　Accordingly,

/ / /

/ / /

/ / /

/ / /

1

**IT IS ORDERED:** Plaintiff Shawn Pritchett's Motion for Status Check (ECF No. 11) and Motion for Court Case Statement/Confirm Change of Address (ECF No. 13) are GRANTED to the limited extent that the Clerk of the Court SHALL MAIL Pritchett a copy of the docket sheet.

Dated this 9th day of November, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE